UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 579-5861

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE W. CODY
DEPUTY IN CHARGE

TERA YEVETTE CHANEY

V.

PRISONER
CASE NO:    3:05cv687(CFD)

WILLIAM S. WILLINGHAM, Warden
SUZANNE BSHARA, UDC Hearing Officer
Lieutenant WILSON

**NOTICE TO PLAINTIFF OF INSUFFICIENCY**

Your application to proceed in forma pauperis has been filed; however, we cannot complete the processing of your complaint for the following reasons:

( )  Your in forma pauperis form is incomplete:

   ( )  You must answer all questions thoroughly
   ( )  You must have your prison account information certified by an authorized person
   ( )  You must have the institution attach a ledger sheet showing at least the past **six** months' transactions

(X)  Failure to submit Prisoner Authorization Form.

( )  Failure to provide Inmate Number.

( )  Failure to provide complete address(es) of plaintiff(s) or defendant(s).

**\*\*PLEASE NOTE:**  After correcting the deficiencies described above, please return your papers, along with a copy of this notice, to **MARY E. LARSEN, CLERK'S OFFICE, 915 LAFAYETTE BLVD., BRIDGEPORT, CONNECTICUT 06604 (LABEL ENCLOSED)**.

**The failure to correct these deficiencies within thirty (30) days from the date of this notice will result in your complaint being dismissed by the court.**

Dated at Bridgeport, Connecticut, this 22 day of June, 2005.

/s/
Holly B. Fitzsimmons
U.S. Magistrate Judge