UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERA YEVETTE CHANEY, | : |
| | :         PRISONER |
| vs. | : Case Number: 3:05CV687 (CFD) |
| | : |
| WILLIAM S. WILLINGHAM, | : |
| SUZANNE BSHARA, and LT. WILSON | : |

**ORDER OF DISMISSAL**

On June 23, 2005, the Court issued a notice informing plaintiff that it could not act on her motion to proceed *in forma pauperis* until she submitted a Prisoner Authorization Form.  The Prisoner Authorization Form enables the Federal Bureau of Prisons to sequester funds from plaintiff's inmate account to pay the filing fee in this case.  See 28 U.S.C. § 1915(b)(1).  ("Notwithstanding subsection (a) [which permits a prisoner to commence an action without prepayment of the filing fee], if a prisoner brings a civil action . . . the prisoner shall be required to pay the full amount of a filing fee.")

The notice required plaintiff to submit the form on or before July 23, 2005, and cautioned her that failure to comply with the order would result in the dismissal of this case.  To date, plaintiff has neither complied with the order nor sought an extension of time within which to do so.

Accordingly, the case is **DISMISSED** without prejudice pursuant to Rule 41(b), Fed. R. Civ. P., for failure to comply with the Court's order.  Any motion to reopen this case shall be

accompanied by a completed Prisoner Authorization Form, and shall demonstrate good cause for failing to comply with the Court's order.

**SO ORDERED** at Hartford, Connecticut this  4th  day of January, 2006.

 /s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**